**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00514-CR

**DUSTIN KIETH DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1136043-L**

## ORDER

On the Court's motion we **ORDER** the appellant's brief received on July 22, 2014 filed

as of the date of this order.

        /s/     LANA MYERS
              JUSTICE